STEPHANIE LUNDQUIST-ARORA,

  *Plaintiff*,

v.

  Case No. 26-cv-1768

FAIRFAX COUNTY SCHOOL BOARD; and
DR. MICHELLE C. REID, in her official
capacity as Superintendent of Fairfax County
Public Schools,

  *Defendants*.

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Stephanie Lundquist-Arora is a parent of three children who attend Fairfax County Public Schools. Defendants' Regulation 2603 requires teachers and staff to actively facilitate students' gender transitions without parental notice or approval. Plaintiff is a practicing Christian, and she wants to educate her children according to her religious beliefs, including that God creates each person as male or female, that complementary sexes reflect the image of God, and that sex cannot be altered. And Plaintiff wants a say in the decisions made regarding these fundamentally important issues for her children. She does not want her children subjected to Regulation 2603.

Plaintiff asks this Court to preliminarily enjoin Defendants from enforcing Regulation 2603, and any materially similar policy, provision, or law that applies in the FCPS system against Plaintiff during this litigation. *See* Fed. R. Civ. P. 65. Plaintiff notified Defendants of this motion. Per Local Rule 7(E), Plaintiff will schedule a hearing with this Court.

Plaintiff is entitled to preliminary relief. The application of Regulation 2603 is likely unconstitutional because it violates Plaintiff's fundamental right to direct the upbringing of her

1

children, and it violates her free exercise right to direct their religious education. Deprivations of constitutional rights are classic irreparable harm. Plaintiff does not want her children to be subjected to Regulation 2603, and she will suffer irreparable harm if they are. Because Plaintiff is likely to prevail on the merits of her First and Fourteenth Amendment claims and Virginia constitutional claims, the equities and public interest necessarily favor an injunction. For all these reasons, which are detailed in the accompanying brief, the Court should grant this motion and enter a preliminary injunction.

Dated: June 22, 2026

Respectfully submitted,

Ian Prior*
Crystal Clanton*
Rachael Griffin**
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
(703) 999-0273
ian.prior@aflegal.org
crystal.clanton@aflegal.org
rachael.griffin@aflegal.org

*/s/ Rachael C. T. Wyrick*
Rachael C. T. Wyrick
  (VA Bar No. 99763)
Cody R. Milner*
Marie E. Sayer**
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
rachael@consovoymccarthy.com
cody@consovoymccarthy.com
mari@consovoymccarthy.com

* Pro hac vice motion forthcoming
** E.D. Va. bar applications forthcoming

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I served the foregoing document with the Clerk of Court using the Court's ECF system, thereby serving all counsel who have appeared in this case. Because Defendants have not yet appeared, I also served them by email and mail at the address below:

Fairfax County School Board

Dr. Michelle Reid, Superintendent

8115 Gatehouse Road

Falls Church, VA 22042

DATED: June 22, 2026

*/s/ Rachael C. T. Wyrick*
Rachael C. T. Wyrick
  (VA Bar No. 99763)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
rachael@consovoymccarthy.com