**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

STEPHANIE LUNDQUIST-ARORA,

     *Plaintiff*,

v.

FAIRFAX COUNTY SCHOOL BOARD; and DR. MICHELLE C. REID, in her official capacity as Superintendent of Fairfax County Public Schools,

     *Defendants*.

Case No. 26-cv-1768

## [PROPOSED] ORDER

Before the Court is Plaintiff's motion for a preliminary injunction, filed June 22, 2026. Having considered the motion, opposition, case file, and applicable law,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from enforcing Regulation 2603.3 and any materially similar policy, provision, or law that applies in the FCPS system against Plaintiff.

**IT IS SO ORDERED**.

SIGNED on _____, 2026.

                            _____

                            UNITED STATES DISTRICT JUDGE