**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| STEPHANIE LUNDQUIST-ARORA, *et al*,<br><br>    *Plaintiff*,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD;<br>and DR. MICHELLE C. REID, in her official<br>capacity as Superintendent of Fairfax County<br>Public Schools,<br><br>    *Defendants*. | Case No. 26-cv-1768 |

**DECLARATION OF RACHAEL WYRICK**

I, Rachael Wyrick, declare and state the following:

1.      I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called to testify as a witness, would competently testify to them.

2.      I am an attorney at Consovoy McCarthy PLLC. I am counsel in this case for Plaintiff Stephanie Lundquist-Arora.

3.      I submit this declaration in support of Plaintiff's motion for a preliminary injunction. The following materials attached as exhibits in support of that motion are true and accurate copies.

4.      Exhibit A is an article from the New York Times by Andrew Jacobs titled "Doctors' Group Endorses Restrictions on Gender-Related Surgery for Minors," published on February 4, 2026, and available at archive.ph/r0VXk.

5.      Exhibit B is an excerpt of a report by Dr. Hilary Cass titled "Independent Review of Gender Identity Services for Children and Young People: Final Report," published in April 2024 and available at perma.cc/7XEL-UP2A.

6.      Exhibit C is a scientific journal article by Wylie C. Hembree, et al., titled "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline," in the November 2017 issue of the Journal of Clinical Endocrinology and Metabolism, available at perma.cc/D76P-6C9X.

7.      Exhibit D is a scientific journal article by Benjamin de Mayo, et al., titled "Stability and Change in Gender Identity and Sexual Orientation Across Childhood and Adolescence," in the August 2025 issue of Monographs of the Society for Research in Child Development, available at bit.ly/45kQTC2.

8.      Exhibit E is a webpage from Defending Education titled "List of School District Transgender – Gender Nonconforming Student Policies," last updated May 4, 2026, available at perma.cc/CWZ5-Z6RS.

9.      Exhibit F is Fairfax County Public School Regulation 2603, titled "Gender Expansive and Transgender Students," effective October 9, 2020.

10.     Exhibit G is Fairfax County Public School Regulation 2603.2, titled "Gender Expansive and Transgender Students," effective April 21, 2022, and available at perma.cc/L8D9-SJHA.

11.     Exhibit H is Fairfax County Public School Regulation 2603.3, titled "Gender Expansive and Transgender Students," effective July 1, 2026.

12.     Exhibit I is Plaintiff's first demand letter to FCPS Superintendent Dr. Michelle Reed, dated April 28, 2026.

2

13.    Exhibit J is an excerpt from deposition testimony of Bethany Demers, taken August 21, 2025, in the case *Jane Doe v. Fairfax County School Board*, in Fairfax County Circuit Court, Case No. C124-3171.

14.    Exhibit K is an excerpt from deposition testimony of Michael Axler, taken September 3, 2025, in the case *Jane Doe v. Fairfax County School Board*, in Fairfax County Circuit Court, Case No. C124-3171.

15.    Exhibit L is an excerpt from deposition testimony of Penny Gros, taken August 21, 2025, in the case *Jane Doe v. Fairfax County School Board*, in Fairfax County Circuit Court, Case No. C124-3171.

16.    Exhibit M is a guidance document developed by Fairfax County Public Schools titled "Regulation 2603-Gender-Expansive and Transgender Students Guidance Document," interpreting Regulation 2603.2.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed this 22 day of June, 2026

/s/ *Rachael C. T. Wyrick*
Rachael C. T. Wyrick
  (VA Bar No. 99763)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
rachael@consovoymccarthy.com

*Attorney for Plaintiff*

3