# Exhibit E

# List of School District Transgender – Gender Nonconforming Student Policies

**03/07/2023**

INVESTIGATIONS

---

*Last Update: May 4, 2026*

Below is a list of school districts by state that have Transgender/Gender Nonconforming Policies that **openly state that district personnel can or should keep a student's transgender status hidden from parents.**

**This list is not comprehensive; if you are aware of a district policy that is not on the list, please notify PDE [here](#).**

**Number of total districts: 1217**

**Number of total schools: 21,319**

**Number of total students: 12,364,514**

## SCHOOL DISTRICTS

### Alaska

Anchorage School District

Bristol Bay Borough School District

Chatham School District

Hoonah City Schools

Juneau School District

Kake City School District

Kashunamiut School District

Nome Public Schools

Northwest Arctic Borough School District

Pribilof School District

Sitka School District

Skagway School District

Wrangell Public School District

Yakutat School District

### Arizona

Amphitheatre Public Schools

Cartwright School District

Casa Grande Elementary School District No 4

Creighton Elementary District No 14

Flagstaff Unified School District

Ganado Unified School District

Kayenta Unified School District

Kyrene Elementary School District

Mesa Unified School District

Naco Elementary School District No 23

Osborn Elementary School District No 8

Paradise Valley Unified School District

Scottsdale Unified School District

Tempe Union High School District

Tucson Unified School District

Washington Elementary School District

## California

ABC Unified School District

Acalanes Union High School District

Adelanto School District

Alameda Unified School District

Alexander Valley Union School District

Alhambra Unified School District

Alpaugh Unified School District

Alta Loma School District

Alta Vista Elementary School District

Alum Rock Union School District

Alview-Dairyland Union Elementary School District

Amador County & Unified School District

Anaheim Elementary School District

Anaheim Union High School District

Antelope Valley Union High School District

Apple Valley Unified School District

Arcadia Unified School District

Arcata School District

Arcohe Union Elementary School District

Armona Union Elementary School District

Aromas- San Juan Unified School District

Arvin Union School District

Atascadero Unified School District

Atwater Elementary School District

Auburn Union School District

Azusa Unified School District

Baker Valley Unified School District

Banning Unified School District

Banta Unified School District

Barstow Unified School District

Bass Lake School District

Bassett Unified School District

Bayshore Elementary School District

Bear Valley Unified School District

Beardsley School District

Beaumont Unified School District

Bella Vista Elementary School

Bellevue Union School District

Belmont-Redwood Shores School

Belridge Elementary School District

Benicia Unified School District

Bennett Valley Union School District

Berkeley Unified School District

Berryessa Union School District

Beverly Hills Unified School District

Big Pine Unified School District

Big Springs Union Elementary School District

Blochman Union School District

Blue Lake Union Elementary School District

Bonita Unified School District

Bonseall Unified School District

Bradley Union Elementary School District

Brawley Elementary School District

Brawley Union High School District

Bret Harte Union School District

Briggs Elementary School District

Buckeye Union Elementary School District

Buellton Union School District

Buena Park School District

Buena Vista Elementary School District

Burbank Unified School District

Burlingame School District

Burton Elementary School District

Byron Union Elementary School District

Cabrillo Unified School District

Calexico Unified School District

Calistoga Joint Unified School District

Camino Union School District

Campbell Union High School District

Campbell Union School District

Capistrano Unified School District

Cardiff Elementary School District

Carlsbad Unified School District

Carmel Unified School District

Carpinteria Unified School District

Caruthers Unified School District

Cascade Union Elementary School District

Castro Valley Unified School District

Cayucos Elementary School District

Center Joint Unified School District

Centinela Valley Union High School District

Central Elementary School District

Central Union High School District

Centralia Elementary School District

Ceres Unified School District

Charter Oak Unified School District

Chawanakee Unified School District

Chico Unified School District

Chowchilla Elementary School District

Chowchilla Union High School District

Cinnabar Elementary School District

Claremont Unified School District

Clay Joint Elementary School District

[Cloverdale Unified School District](#)

[Coachella Valley Unified School District](#)

[Coast Unified School District](#)

[Cold Spring Elementary School District](#)

[Colfax Elementary School District](#)

[College Elementary School District](#)

[Colton Joint Unified School District](#)

[Colusa Unified School District](#)

[Compton Unified School District](#)

[Corcoran Joint Unified School District](#)

[Corning Union Elementary School District](#)

[Corning Union High School District](#)

[Corona-Norco Unified School District](#)

[Coronado Unified School District](#)

[Cotati-Rohnert Park Unified School District](#)

[The Cottonwood School](#)

[Cottonwood Union School District](#)

[Cucamonga School District](#)

[Corona-Norco Unified School District](#)

[Curtis Creek Elementary School District](#)

[Cutler-Orosi Joint Unified District](#)

[Cypress School District](#)

[Culver City Unified School District](#)

[Davis Joint Unified School District](#)

[Del Norte County Unified School District](#)

[Delano Joint Union High School District](#)

[Delhi Unified School District](#)

[Denair Unified School District](#)

[Desert Center Unified School District](#)

[Desert Sands Unified School District](#)

[Dinuba Unified School District](#)

[Dixon Unified School District](#)

[Dos Palos Oro Loma Joint Unified School District](#)

[Dry Creek Joint Elementary School District](#)

[Duarte Unified School District](#)

[Dublin Unified School District](#)

Dunham Elementary School District

Dunsmuir Elementary School District

Dunsmuir Joint Union High School District

Durham Unified School District

Earlimart School District

East Nicolaus Joint Union HSD

East Whittier City Elementary School District

Eastern Sierra Unified School District

Eastside Union School District

Edison Elementary School District

El Centro Elementary School District

El Dorado Union High School District

El Monte City School District

El Rancho Unified School District

El Tejon Unified School District

Elk Grove Unified School District

Emery Unified School District

Encinitas Union School District

Escalon Unified School District

Escondido Union School District

Escondido Union High School District

Esparto Unified School District

Etiwanda School District

Eureka City Schools

Evergreen Union School District

Fairfax School District

Fairfield-Suisun Unified School District

Fallbrook Union Elementary School District

Fallbrook Union High School District

Farmersville Unified School District

Ferndale Unified School District

Fieldbrook Elementary School District

Fillmore Unified School District

Firebaugh Las Deltas Unified School District

Folsom Cordova Unified School District

Fontana Unified School District

Foresthill Union School District

Fort Bragg Unified School District

Fort Sage Unified School District

Fortuna Elementary School District

Franklin-McKinley Elementary School District

Fremont Unified School District

Freshwater Elementary School District

Fresno Unified School District

Galt Joint Union Elementary School District

Gateway Unified School District

Gerber Union Elementary School District

Geyserville Unified School District

Gilroy Unified School District

Glendale Unified School District

Glendora Unified School District

Gold Trail Union School District

Golden Plains Unified School District

Goleta Union School District

Grant Elementary School District

Grass Valley School District

Greenfield Union Elementary School District

Greenfield Union School District

Grenada Elementary School District

Gridley Unified School District

Guadalupe Union School District

Gustine Unified School District

Hacienda La Puente Unified School District

Hamilton Unified School District

Hanford Elementary School District

Hanford Joint Union High School District

Happy Camp Union Elementary School District

Happy Valley Elementary School District

Happy Valley Union Elementary School District

Hawthorne School District

Hayward Unified School District

Helendale School District

Hemet Unified School District

Hermosa Beach City Elementary School District

Hesperia Unified School District

Hillsborough City School District

Hilmar Unified School District

Hope Elementary School District

Hope Elementary School District (Porterville)

Horicon Elementary School District

Howell Mountain Elementary School District

Hughes-Elizabeth Lakes Union School District

Hughson Unified School District

Huntington Beach City School District

Igo-Ono-Platina Union Elementary School District

Imperial Unified School District

Inglewood Unified School District

Island Union Elementary School District

Jamul-Dulzura Union School District

Jefferson Elementary School District

Jefferson Union High School District

John Swett Unified School District

Johnstonville Elementary School District

Junction City Elementary School District

Junction Elementary School District

Jurupa Unified School District

Kelseyville Unified School District

Kentfield School District

Kenwood School District

Keppel Union School District

Kern High School District

Kernville Union School District

Keyes Union School District

King City Union School District

Kings Canyon Unified School District

Kings River Union Elementary School District

Kingsburg Elementary Charter School District

Kingsburg Joint Union High School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 10 of 38 PageID# 313

Kit Carson Union Elementary School District

Klamath-Trinity Joint Unified School District

Knightsen Elementary School District

La Canada Unified School District

La Habra City School District

La Mesa-Spring Valley Schools

Lafayette School District

Lagunita School District

Lagunitas Elementary School District

Lake Elementary School District

Lake Elsinore Unified School District

Lake Tahoe Unified School District

Lakeport Unified School District

Lakeside Joint School District

Lammersville Unified School District

Lamont Elementary School District

Lancaster School District

Las Lomitas Elementary School District

Las Virgenes Unified School District

Latrobe School District

Lawndale Elementary School District

Laytonville Unified School District

Le Grand Union Elementary School District

Le Grand Union High School District

Lemon Grove School District

Lemoore Union Elementary School District

Lemoore Union High School District

Lennox School District

Lewiston Elementary School District

Liberty Elementary School District

Linden Unified School District

Lindsay Unified School District

Little Lake City School District

Live Oak School District

Live Oak Unified School District

Lodi Unified School District

Case 1:26-cv-01768   Document 4-7   Filed 06/22/26   Page 11 of 38 PageID# 314

Loma Prieta Joint Union Elementary School District

Lompoc Unified School District

Lone Pine Unified School District

Long Beach Unified School District

Loomis Union School District

Los Alamitos Unified School District

Los Altos School District

Los Angeles Unified School District

Los Banos Unified School District

Los Gatos Union School District

Los Gatos-Saratoga Union High School

Los Olivos Elementary School District

Lost Hills Union School District

Lucerne Valley Unified School District

Lucia Mar Unified School District

Lynwood Unified School District

Madera Unified School District

Magnolia School District

Mammoth Unified School District

Manhattan Beach Unified School District

Manteca Unified School District

Mark Twain Union Elementary School District

Martinez Unified School District

Mattole Unified School District

Maxwell Unified School District

McCabe Union Elementary School District

McFarland Unified School District

McSwain Union Elementary School District

Meadows Union Elementary School District

Mendota Unified School District

Menifee Union School District

Midway School District

Mill Valley School District

Millbrae Elementary School District

Miller Creek School District

Millville School District

Milpitas Unified School District

Mission Union School District

Modoc Joint Unified School District

Mojave Unified School District

Monson-Sultana Joint Union Elementary School District

Montecito Union School District

Monterey Peninsula Unified School District

Moorpark Unified School District

Moraga School District

Moreland Elementary School District

Moreno Valley Unified School District

Morgan Hill Unified School District

Morongo Unified School District

Mountain Elementary School District

Mountain Empire Unified School District

Mountain Union Elementary School District

Mountain Valley Unified School District

Mountain View Elementary School District

Mountain View Los Altos High School District

Mountain View Whisman School District

Mt. Diablo Unified School District

Mupu School District

Napa Valley Unified School District

National School District

Needles Unified School District

Newport Mesa Unified School District

Nevada City School District

Nevada Joint Union High School District

New Jerusalem School District

Newark Unified School District

Newcastle Elementary School District

Newhall School District

Newport-Mesa Unified School District

North County Joint Union School District

North Cow Creek School District

North Monterey County Unified School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 13 of 38 PageID# 316

Novato Unified School District

Nuview Union School District

Oak Grove Union School District

Oak View Elementary School District

Oakdale Joint Unified School District

Oakland Unified School District (5145.3 -AR)

Oakley Union Elementary School District

Oceanside Unified School District

Ojai Unified School District

Old Adobe Union School District

Ontario-Montclair School District

Orange Center School District

Orchard School District

Orinda Union School District

Orland Unified School District

Oro Grande School District

Oxnard School District

Pacific Grove Unified School District

Pacific Union Elementary School District

Pacifica School District

Pajaro Valley Unified School District

Palm Springs Unified School District

Palmdale School District

Palo Alto Unified School District

Palo Verde Unified School District

Palo Verde Union School District

Palos Verdes Peninsula Unified School District

Panama-Buena Vista Union School District

Paradise Unified School District

Paramount Unified School District

Parlier Unified School District

Pasadena Unified School District

Paso Robles Joint Unified School District

Patterson Joint Unified School District

Perris Elementary School District

Perris Union High School District

Petaluma City School District

Piedmont Unified School District

Pierce Joint Unified School District

Pine Ridge Elementary School District

Piner-Olivet Union School District

Pioneer Union Elementary School District – Hanford

Pioneer Union Elementary School District – Somerset

Pixley Union School District

Placer Union High School District

Placerville Union School District

Planada Elementary School District

Pleasant Ridge Union School District

Pleasant Valley School District

Pleasant View Elementary School District

Pleasanton Unified School District

Plumas Unified School District

Plumas Lake Elementary School District

Point Arena Schools

Pollock Pines Elementary School District

Pond Union School District

Pope Valley Union Elementary School District

Porterville Unified School District

Portola Valley School District

Poway Unified School District

Princeton Joint Unified School District

Ravenswood City School District

Red Bluff Joint Union High School District

Red Bluff Union Elementary School District

Redding School District

Redlands Unified School District

Redondo Beach Unified School District

Redwood City School District

Reed Union School District

Reeds Creek Elementary School District

Reef-Sunset Unified School District

Rescue Union School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 15 of 38 PageID# 318

Rialto Unified School District

Richfield Elementary School District

Richland School District

Richmond Elementary School District

Rim of the World Unified School District

Rincon Valley Union School District

Rio School District

Ripon Unified School District

River Delta Unified School District

Riverbank Unified School District

Riverdale Joint Unified School District

Riverside Unified School District

Robla School District

Rocklin Unified School District

Romoland School District

Roseland School District

Rosemead School District

Roseville City School District

Roseville Joint Union High School District

Ross School District

Ross Valley School District

Round Valley Joint Elementary School District

Round Valley Unified School District

Rowland Unified School District

Sacramento City Unified School District

Saddleback Valley Unified School District

Salida Union School District

Salinas City Elementary School District

San Ardo Union ESD

San Benito High School District

San Bernardino City Unified School District

San Bruno Park School District

San Diego Unified School District

San Francisco Unified School District

San Gabriel Unified School District

San Jacinto Unified School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 16 of 38 PageID# 319

San Jose Unified School District

San Juan Unified School District

San Leandro Unified School District

San Lorenzo Valley Unified School District

San Lucas Union ESD

San Marcos Unified School District

San Mateo Union High School District

San Mateo-Foster City School District

San Miguel Joint Union School District

San Pasqual Union School District

San Pasqual Valley Unified School District

San Rafael City School District

San Ramon Valley Unified School District

San Ysidro School District

Sanger Unified School District

Santa Barbara Unified School District

Santa Clara Unified School District

Santa Cruz City Schools

Santa Maria Joint Union High School District

Santa Maria-Bonita School District

Santa Monica-Malibu Unified School District

Santa Paula Unified School District

Santa Rita Union Elementary School District

Santa Rosa Academy

Santa Rosa City Schools

Santa Ynez Valley Union High School District

Saratoga Union School District

Saugus Union School District

Savanna School District

Scott Valley Unified School District

Scotts Valley Unified School District

Sebastopol Union School District

Seeley Union School District

Selma Unified School District

Sequoia Union High School District

Shasta Union Elementary School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 17 of 38 PageID# 320

Shasta Union High School District

Shoreline Unified School District

Sierra-Plumas Joint Unified School District

Sierra Sands Unified School District

Sierra Unified School District

Silver Fork Elementary School District

Simi Valley Unified School District

Snowline Joint Unified School District

Soledad Unified School District

Solvang School District

Sonoma Valley Unified School District

Sonora School District

Sonora Union High School District

Soquel Union Elementary School District

South Bay Union Elementary School District

South Bay Union School District

South Fork Union School District

South San Francisco Unified School District

South Whittier School District

Southern Kern Unified School District

Southern Trinity Joint Unified School District

Spreckels Union SD

St. Helena Unified School District

Standard Elementary School District

Stanislaus Union Elementary School District

Stockton Unified School District

Strathmore Union Elementary School District

Sulphur Springs Union School District

Summerville Elementary School District

Summerville Union High School

Sundale Union Elementary School District

Sunnyvale School District

Sunol Glen Unified School District

Surprise Valley Joint Unified School District

Sweetwater Union High School District

Sylvan Union School District

Case 1:26-cv-01768   Document 4-7   Filed 06/22/26   Page 18 of 38 PageID# 321

Tahoe Truckee Unified School District

Tamalpais Union High School District

Tehachapi Unified School District

Temple City Unified School District

Templeton Unified School District

Thermalito Union School District

Tipton Elementary School District

Torrance Unified School District

Tracy Unified School District

Travis Unified School District

Trinidad Union ESD

Trinity Alps Unified School District

Trona Joint Unified School District

Tulare City School District

Tulare Joint Union High School

Tulelake Basin Joint Unified School District

Turlock Unified School District

Tustin Unified School District

Twin Rivers Unified School District

Two Rock Union School District

Ukiah Unified School District

Union Hill Elementary School District

Union School District

Upland Unified School District

Upper Lake Unified School District

Val Verde Unified School District

Valle Lindo Elementary School District

Vallecito Union School District

Vallecitos School District

Vallejo City Unified School District

Ventura Unified School District

Victor Valley Union High School District

Vineland School District

Vibrant Minds Charter School

Visalia Unified School District

Vista Unified School District

Walnut Creek School District

Warner Unified School District

Wasco Union Elementary School District

Wasco Union High School District

Washington Colony Elementary School District

Washington Unified School District

Washington Union Elementary School District

Waterford Unified School District

Waugh Elementary School District

Weed Union Elementary School District

West Side Union Elementary School District

West Sonoma County Union High School District

Western Placer Unified School District

Westside Elementary School District

Westside Union Elementary School District

Westwood Unified School District

Wheatland Union High School District

Whittier City Elementary School District

William S. Hart Union High School District

Williams Unified School District

Willits Unified School District

Willows Unified School District

Wilmar Union School District

Wilsona School District

Windsor Unified School District

Wiseburn Unified School District

Woodlake Unified School District

Woodland Joint Unified School District

Woodside Elementary School District

Woodville Union School District

Wright Elementary School District

Yosemite Unified School District

Yreka Union High School District

Yreka Union School District

Yuba City Unified School District

## Colorado

27J Schools – Brighton

Adams 12 Five Star Schools

Boulder Valley School District

Canon City Schools

Cherry Creek School District

Denver Public Schools

Englewood Schools

Fountain-Fort Carson School District 8

Harrison School District

Jefferson County Public Schools

Littleton Public Schools

Poudre School District

Pueblo School District

St. Vrain Valley School District

Steamboat Springs School District

Thompson Schools

## Connecticut

Amity Regional School District 5

Bethany Public School District

Bloomfield Public Schools

Branford Public Schools

Capital Region Education Council

Consolidated School District of New Britain

Cromwell Public Schools

East Hartford Public Schools

Easton-Redding-Region 9 School Districts

Ellington Public Schools

Enfield Public Schools

Groton Public Schools

Hamden Public Schools

Hartford Public Schools

Lisbon School District

Marlborough School District

Middletown Public Schools

New Haven Public Schools

New London Public Schools

Newtown Public School District

North Haven Public Schools

Preston Public Schools

Region 14 Schools – Bethlehem & Woodbury

Simsbury Public Schools

Stratford Public Schools

Wallingford Public Schools

Waterbury Public Schools

## Delaware

Christina Public Schools

Red Clay Schools

## District of Columbia

DC Public Schools

## Hawai'i

Hawai'i Public Schools

## Idaho

Buhl School District

Challis Joint School District

Jerome Joint School District

Kendrick Joint School District

Kimberly School District

Marsh Valley School District

Middleton School District

Payette School District

Twin Falls School District

Whitepine Joint School District

Wilder School District

## Illinois

Argenta-Oreana Community Unified School District 1

Berwyn South School District 100

Calumet City School District 155

Chicago Public Schools

Community High School District 128

Community Unit School District 200

Decatur Public School District 61

District 211

Elgin SDU46

Evanston/ Skokie School District 65

Evanston Township High School

Glenbard Township High School District 87

Glenbrook High School District 225

McLean County Unified School District 5

Naperville Unit School District 203

North Mac Community Unified School District 34

Oak Park River Forest High School

Peotone Community Unit School District 207U

River Forest School District 90

Urban Prairie Waldorf School (Private)

Sunset Ridge School District 29

## Indiana

Clark-Pleasant Community School Corporation

Evansville-Vanderburgh School Corporation

## Iowa

Council Bluffs Community Schools

Iowa City Community Schools

Linn-Mar Community School District

## Kansas

Belle Plaine USD 357

Kansas City Kansas Public Schools

Lansing USD 469

Olathe Public Schools

Shawnee Mission School District

Topeka Public Schools

Wichita Public Schools

## Maine

Alternative Organizational Structure 98

Auburn School Department

Bangor School Department

Biddeford Schools

Brewer School Department

Brunswick School Department

Camden Rockport Schools

Cape Elizabeth School Department

Dayton Consolidated School

East Millinocket Schools

Easton School Department

Falmouth Public Schools

Gorham School Department

Hermon School Department

Kennebec Intra-District Schools Regional School Unit 2

Kittery School District

Lewiston Public Schools

Lisbon School Department

Maine Administrative School District 1

Maine Administrative School District 6

Maine Administrative School District 11

Maine Administrative School District 15

Maine Administrative School District 20

Maine Administrative School District 35

Maine Administrative School District 45

Maine Administrative School District 51

Maine Administrative School District 52

Maine Administrative School District 55

Maine Administrative School District 60

Maine Administrative School District 72

Millinocket School Department

Mt. Blue Regional School District

Portland Public Schools

Regional School Unit 1

Regional School Unit 3

Regional School Unit 4

Regional School Unit 5

Regional School Unit 10

Regional School Unit 19

Regional School Unit 21

Regional School Unit 22

Regional School Unit 23

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 24 of 38 PageID #: 327

Regional School Unit 24

Regional School Unit 26

Regional School Unit 29

Regional School Unit 38

Regional School Unit 39

Regional School Unit 40

Regional School Unit 67

Regional School Unit 68

Regional School Unit 71

Saco Public Schools

Sanford School Department

Scarborough Public Schools

South Portland School Department

Sunrise County School System

Waterville Public Schools

Winslow Public Schools

Wiscasset School Department

Yarmouth School Department

York School Department

## Maryland

Anne Arundel County Public Schools

Baltimore City Public Schools

Carroll County Public Schools

Fredrick County Public Schools

Harford County Public Schools

Howard County Public School System

Montgomery County Public Schools

Prince George's County Public Schools

## Massachusetts

Acton-Boxborough Regional School District

Arlington Public Schools

Berkshire Hills Regional School District

Boston Public Schools

Brockton Public Schools

Cambridge Public Schools

Framingham Public Schools

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 25 of 38 PageID# 328

Hopkinton Public Schools

Milton Public Schools

Natick Public Schools

Public Schools of Brookline

Somerville Public Schools

Springfield Public Schools

Ware Public Schools

Watertown Public Schools

Westford Public Schools

Weston Public Schools

## Michigan

Ann Arbor Public Schools

Carrollton Public Schools

Constantine Public Schools

East Lansing Public Schools

Kent Independent School District

Marquette-Alger RESA

Okemos Public Schools

Plymouth-Canton Community Schools

Reed City Area Public Schools

Saline Area Schools

## Minnesota

Anoka-Hennepin Schools

Bloomington Public Schools

Duluth Public Schools

Independent School District 196 Rosemount-Apple Valley-Eagan

Minneapolis Public Schools

Richfield Public Schools

Robbinsdale Area Schools

Rochester Public Schools

Saint Paul Public Schools

## Missouri

Hazelwood School District

Kansas City Public Schools

Liberty Public Schools

Mehlville School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 26 of 38 PageID #: 329

North Kansas City Schools

Saint Louis Public Schools

Springfield Public Schools

## Nebraska

Bellevue Public Schools

Omaha Public Schools

## Nevada

Carson City School District

Clark County School District

Douglas County School District

Elko County School District

Humboldt County School District

Washoe County School District

## New Hampshire

Alton School District

Barnstead School District

Barrington School District

Brentwood School District

Claremont School District

Concord School District

Contoocook Valley School District

Dover School District

Dresden School District

East Kingston School District

Epping School District

Errol Consolidated School District

Exeter Region Cooperative

Fall Mountain Regional School District

Hanover School District

Kearsarge Regional School District

Keene School District

Kensington School District

Manchester School District

Milford School District

Monroe Consolidated Schools

Nashua School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 27 of 38 PageID #: 330

Newfields School District

Oyster River Cooperative School District

Pittsfield Schools

Portsmouth School District

Sanborn Regional School District

School Administrative Unit 23

Somersworth School District

Stratham School District

Wakefield School District

Windham School District

# New Jersey

Atlantic City Public Schools

Barnegat Township School District

Bayonne School District

Belleville Public Schools

Bergenfield Public School District

Bernards Township School District

Black Horse Pike Regional School District

Bloomfield Township School District

Bridgeton City School District

Bridgewater-Raritan Regional School District

Burlington Township School District

Camden City Public Schools

Carteret Public School District

Cherry Hill School District

Cliffside Park School District

Clifton Public School District

Cranford Public School District

Deptford Township Public School District

Dover Public Schools

East Brunswick Public Schools

East Orange School District

East Windsor Regional School District

Egg Harbor Township School District

Edison Township School District

Elizabeth Public Schools

Case 1:26-cv-01768 Document 4-7 Filed 06/22/26 Page 28 of 38 PageID # 331

Evesham Township School District

Fair Lawn School District

Fairview Public Schools

Fort Lee School District

Franklin Township Public School District

Freehold Regional High School District

Freehold Township School District

Galloway Township Public Schools

Garfield Public Schools

Glen Ridge Public Schools

Gloucester Township School District

Hackensack Public Schools

Haddon Township School District

Haddonfield Schools

Hamilton Township School District

Hammonton Public Schools

Hanover Township School District

Highland Park School District

Hillsborough Township Public School District

Hopewell Valley Regional School District

Howell Township Public School District

Irvington Public Schools

Jackson Township School District

Jersey City School District

Kearny Public Schools

Kingsway Regional School District

Lacey Township School District

Lakewood School District

Larence Township Public Schools

Lenape Regional High School District

Linden Public School District

Livingston Public Schools

Lodi School District

Long Branch Public School District

Manalapan-Englishtown Regional Schools

Marlboro Township School District

Case 1:26-cv-01768    Document 4-7    Filed 06/22/26    Page 29 of 38 PageID #: 332

Matawan-Aberdeen Regional School District

Middletown Township Public School District

Midland Park School District

Millburn Township School District

Millville School District

Mine Hill Township School District

Monroe Township School District

Montgomery Township School District

Montville Township Public Schools

Morris School District

Mount Olive Township School District

Neptune Township School District

New Brunswick Public Schools

Newark Public School District

North Bergen School District

North Hanover Township School District

North Plainfield School District

Nutley Public School District

Old Bridge Township Public Schools

Orange Public Schools

Paramus School District

Parsippany-Troy Hills Township School District

Passaic City School District

Passaic County Vocational School District

Paterson Public School District

Pemberton Township School District

Pennsauken Public Schools

Pequannock Township School District

Perth Amboy Public School District

Phillipsburg School District

Piscataway Township School District

Plainfield Public Schools

Pleasantville Public School District

Point Pleasant Schools

Princeton Public Schools

Rahway Public Schools

Randolph Township School District

Ridgewood Public School District

Robbinsville Public Schools

Roselle Public Schools

Roxbury Township School District

Rutherford Public Schools

Sayerville School District

Scotch Plains-Fanwood Public Schools

Secaucus Public School District

Somerset Hills School District

South Brunswick School District

South Orange-Maplewood School District

South Plainfield School District

Sparta Township Public Schools

Summit Public School District

Teaneck School District

Tenafly School District

The School District of the Chathams

The School District of South Orange & Maplewood

Toms River Regional School District

Township of Ocean School District

Township of Union School District

Trenton Public School District

Union City Public Schools

Vineland Public School District

Wall Township Public Schools

Washington Township Public Schools

Washington Township School District

Wayne Township Public School District

West Milford Township Public Schools

West New York School District

West Orange Public Schools

West Windsor-Plainsboro Regional School District

Westfield Public Schools

Willingboro Public Schools

Winslow Township Schools

Woodbridge Township School District

## New Mexico

Albuquerque Public Schools

Gadsden Independent School District

Gallup-McKinley County Schools

Las Cruces Public Schools

Los Alamos Public Schools

Moriarty-Edgewood School District

Rio Rancho Public Schools

Santa Fe Public Schools

## New York

Akron Central Public Schools

Brighton Central School District

Buffalo City School District

Carmel Central School District

Dunkirk City School District

Gates-Chili Central School District

Greater Amsterdam School District

Highland Central School District

Lake George Central School District

Lisbon Central School District

Miller Place Union Free School District

Naples Central School District

New York City Public Schools

North Rose-Wolcott Central School District

Nyack Public Schools

Pittsford Central School District

Rochester City Schools

## North Carolina

Brunswick County Schools

Buncombe County Schools

Cabarrus County Schools

Charlotte-Mecklenburg Schools

Davidson County Schools

Durham Public Schools

New Hanover County Schools

Orange County School District

Pitt County Schools

Rockingham County Schools

## North Dakota

McClusky Schools

West Fargo Public Schools

## Ohio

Bexley City School District

Cincinnati Public Schools

Olentangy Schools

## Oregon

Ashland School District

Bethel School District

Corvallis School District

Eugene School District 4J

North Wasco County School District 21

Portland Public Schools

Salem-Keizer Publlic Schools

Tigard-Tualatin School District

## Pennsylvania

Abington School District

Bristol Borough School District

Charleroi Area School District

Cheltenham School District

Colonial School District

Crestwood School District

Derry Township School District

Great Valley School District

Greater Johnstown School District

Greater Latrobe School District

Lower Merion School District

Marple Newtown School District

New Hope-Solebury School District

Penn-Delco School District

Pennsbury School District

Philadelphia Public Schools

Pine Richland School District

Pittsburgh Public Schools

Radnor Township School District

Rose Tree Media School District

School District of Haverford Township

School District of Jenkintown

School District of Springfield Township

Southmoreland School District

Susquehanna Community School District

Upper Darby School District

Upper Moreland School District

Wallingford-Swarthmore School District

West Mifflin Area School District

Wissahickon School District

## Rhode Island

Barrington Public Schools

Bristol Warren Regional School District

Burrillville Public Schools

Central Falls School District

Chariho Regional School District

Coventry Public School District

Cumberland Public Schools

East Greenwich School Department

East Providence School Department

Exeter-West Greenwich Regional School District

Foster-Glocester Regional School District

Glocester School Department

Jamestown School Department

Johnston Public Schools

Lincoln Public Schools

Middletown Public Schools

Narragansett School System

Newport Public Schools

North Kingstown School Department

North Providence School District

North Smithfield Public Schools

Pawtucket School District

Portsmouth School Department

Providence Schools

Scituate School Department

Smithfield Public Schools

South Kingstown Schools

Warwick Public Schools

West Warwick Public Schools

Westerly Public Schools

Woonsocket Education Department

## Texas

Round Rock Independent School District

## Utah

Alpine School District

Beaver County School District

Box Elder School District

Garfield County School District

Iron County School District

Kane County School District

Logan School District

Nebo School District

North Sanpete School District

North Summit School District

Ogden School District

Provo City School District

Salt Lake City School District

Tintic School District

Tooele School District

Weber School District

## Vermont

Champlain Valley School District

## Virginia

Accomack County Public Schools

Albemarle County Public Schools

Appomattox Regional Governor's School

Arlington Public Schools

Chesapeake Public Schools

Chesterfield County Public Schools

Dinwiddie County Public Schools

Fairfax County Public Schools

Hampton City Schools

Lexington City Schools

Loudoun County Public Schools

Prince William County Schools

## Washington

Anacortes School District

Auburn School District

Bainbridge Island School District

Bellevue School District

Bethel School District

Bremerton Schools

Brinnon School District

Camas School District

Central Kitsap School District

Central Valley School District

Chimacum School District 49

Clover Park School District

Cosmopolis School District

Eastmont School District

Enumclaw School District

Ephrata School District

Everett Public Schools

Evergreen Public Schools

Federal Way Public Schools

Granger Public Schools

Highline Public Schools

Issaquah School District 411

Kent School District

Kittitas School District

La Center School District

Lake Stevens School District

Lake Washington School District

Lakewood School District #306

Marysville School District

Mead School District

Mercer Island School District

Monroe School District

Moses Lake School District

Mukilteo School District

Noorsack Valley School District

North Kitsap School District

North Thurston Public Schools

Northshore School District

Oak Harbor School District

Olympia School District

Orcas Island School District

Palisades School District 102

Pullman Public Schools

Puyallup School District

Riverview School District

Seattle Public Schools

Selah School District

Shoreline School District

Snohomish School District

Snoqualmie Valley School District

South Kitsap School District

Spokane Public Schools

Sumner School District

Tahoma School District

University Place School District

Walla Walla Public Schools

Wenatchee School District

West Valley School District

Woodland Schools

Yakima School District

Yelm Community Schools

## Wisconsin

Eau Claire Area School District

Elkhorn Area School District

Madison Metropolitan School District

Menasha Joint School District

Middle Cross Plains Area School District

Milwaukee Public Schools

Racine Unified School District

School District of Amery

School District of Shorewood

Wausau School District

West Allis-West Milwaukee School District

## Wyoming

Sweetwater County School District #1

SHARE YOUR SITUATION

## Submit an Incident Report

---

**I HAVE A TIP!**

STAY INFORMED

## Sign Up for Updates

FIRST*

LAST*

EMAIL*

ZIP / POSTAL CODE*

**SIGN UP!**



Defending Education is a 501(c)(3) charitable organization and charitable contributions are tax-deductible. Our federal tax identification number is 86-1596460.



ABOUT

MAP

NEWS

RESOURCES

JOIN THE MOVEMENT

WORK WITH US

DONOR PORTAL

**EMAIL US**

INFO@DEFENDINGED.ORG

**FOR 990 INQUIRIES, EMAIL**
REQUESTS@DEFENDINGED.ORG

Search

© Defending Education 2026 |Privacy Policy