# Exhibit K

1

V I R G I N I A:

            IN THE CIRCUIT COURT OF FAIRFAX COUNTY

------------------------------

JANE DOE, et al.,              :

        Petitioners,           :

        v.                     :   Case No. CL24-3171

FAIRFAX COUNTY SCHOOL BOARD,:

        Respondent.            :

------------------------------

                    Vienna, Virginia

                Wednesday, September 3, 2025

    Deposition of MICHAEL S. AXLER, a witness

herein, called for examination by counsel for the

Defendant in the above-entitled matter, pursuant to

notice, the witness being duly sworn by Barbara J.

Moore, a Notary Public in and for the Commonwealth

of Virginia, taken at the offices of DUNLAP BENNETT

& LUDWIG, PLLC, 8300 Boone Boulevard, Vienna,

Virginia, commencing at 9:56 a.m., and the

proceedings being taken down by Stenotype by

BARBARA MOORE, CRR, RMR, and transcribed under her

direction.

Axler, Michael S.                                    September 3, 2025

2

APPEARANCES:


       On Behalf of the Petitioner:

          IAN D. PRIOR, ESQ.

          ANDREW J. BLOCK, ESQ.

          AMERICA FIRST LEGAL FOUNDATION

          611 Pennsylvania Avenue, SE #231

          Washington, D.C.   20003

          ian.prior@aflegal.org

          andrew.block@aflegal.org


       On Behalf of the Respondent:

          SONA REWARI, ESQ.

          HUNTON ANDREWS KURTH LLP

          2200 Pennsylvania Avenue, NW

          Washington, D.C.   20037

          srewari@hunton.com


Bradley Loy, Videographer

Axler, Michael S.                                    September 3, 2025

3

                    TABLE OF CONTENTS

WITNESS                                              PAGE

MICHAEL S. AXLER

By Attorney Prior                                    5


                        EXHIBITS

EXHIBIT          DESCRIPTION                         PAGE

Exhibit 1     Regulation 2603                        31

Exhibit 2     Regulation 2603.2                      32

Exhibit 3     Document Bates-stamped                 57
              FCSB005947

Exhibit 4     Document Bates-stamped                 59
              FCSB-021324

Exhibit 5     Student Rights and                     90
              Responsibilities, Grades K-12,
              2023-24

Exhibit 6     Email                                  112

Exhibit 7     Email chain                            115

Exhibit 8     Document Bates-stamped                 120
              FCSB-004137

Exhibit 9     Document Bates-stamped                 129
              FCSB-021543

Exhibit 10    Document Bates-stamped                 132
              FCSB-02625

Exhibit 11    Document Bates-stamped                 139

Axler, Michael S.                                    September 3, 2025

4

EXHIBIT          DESCRIPTION                          PAGE


Exhibit 12    Document Bates-stamped              141
              FCSB-050288

Exhibit 13    Document Bates-stamped              142
              FCSB-033707

Exhibit 14    Document Bates-stamped              143
              FCSB-033179

Axler, Michael S.                                    September 3, 2025

41

in this document, different than what would be convened for an IEP?

A.    Yes.  An IEP team is legally required through the Individuals with Disabilities Education Act for the purpose of developing an Individualized Educational Program.  That is not what is being developed here.

Q.    Okay.  If you go to C, do you see where it says, "In situations where a student may be transitioning from one gender to another, either prior to the beginning of or during the current school year, school teams shall consider providing staff training on gender diversity to include responsibilities to support gender and expansive students under Title IX and Policy 1450 nondiscrimination"?

Do you see where it says that?

A.    I see that.

Q.    What is your understanding of what Policy 1450 is?

A.    As I see written here, that is our FCPS's nondiscrimination policy.

Axler, Michael S.                                    September 3, 2025

42

Q.      And do you have any role in composing staff training on gender diversity?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I have not directly developed staff training related to -- you used the term "gender diversity." Could you clarify what you mean by that.

BY ATTORNEY PRIOR:

Q.      Good question.  Could you tell me what gender diversity as used in this regulation means?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I'd have to see. Could you point me toward -- excuse me. My apologies.  Training on gender diversity.  My impression of that is transgender and/or gender-expansive youth.

BY ATTORNEY PRIOR:

Q.      Okay.  If you go to E, do you see

Axler, Michael S.                                September 3, 2025

43

where it says, "Every effort shall be made to encourage and support communications between gender-expansive or transgender students and the school/student/parent"?

A.    Yes.

Q.    And then it says, "Schools may offer to meet jointly with the parent and student at school"?

A.    Yes.

Q.    Is it required to include the parents when a student expresses their transgender or gender-expansive status?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  It is not required to include the parents, but it is strongly encouraged.  The reason it is not required is there are certain circumstances where a student has not disclosed their transgender identity to their parents and this note, situations where students have noted that they would

Axler, Michael S.                                    September 3, 2025

44

be at risk of harm if their parents were made aware.

BY ATTORNEY PRIOR:

Q.    And when we say "at risk of harm," what kind of harm are we talking about?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I can tell you what I have heard as I mentioned before.  I don't interface directly with students in my role at this point in time, but since that there could be physical assault in the sense that they could be removed from their home or not allowed back and not have access to food or shelter.

BY ATTORNEY PRIOR:

Q.    Do you understand harm to mean disapproval by parents?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  No.  That is not the manner in which I was using the term

Axler, Michael S.                                    September 3, 2025

45

"harm."

BY ATTORNEY PRIOR:

Q.      If you go to Section 5, Student Names and Pronouns.

**A.      Yes.**

Q.      Do you see where it says, "Students who identify as gender-expansive or transgender should be called by their student names and pronouns regardless of the names and gender recorded in the student's permanent legal record"?

**A.      Yes.**

Q.      What is your understanding as to who must identify gender-expansive or transgender students by their chosen names and the pronouns as set forth in this regulation?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  Regulations are meant for staff.  They're intended for staff conduct.  And so as I read intended here, and it says students should be called by their chosen name and pronouns,

Axler, Michael S.                                September 3, 2025

46

the implication to me means it refers to
staff.

BY ATTORNEY PRIOR:

Q.      Is it important that students be
referred to by their chosen names or pronouns?

ATTORNEY REWARI:  Object to the
form.

THE WITNESS:  Yes, it is.

BY ATTORNEY PRIOR:

Q.      Why?

**A.      There's substantial research to show
that particularly for transgender students when
they are referred to by their chosen name and
pronoun, they are significantly less likely to
experience depression, suicidal ideation and
suicide attempts.**

Q.      So is -- strike that.

So is it your understanding that
gender-expansive or transgender students experience
higher incidence of depression and suicidal
ideation?

**A.      Yes.**

Axler, Michael S.                                    September 3, 2025

47

Q.    So if a student were to inform the school that they're gender-expansive or transgender, would they undergo a risk assessment?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  They would not strictly by disclosing their gender identity.

BY ATTORNEY PRIOR:

Q.    Okay.  And are there any requirements that a student's parent sign off on using students chosen names and pronouns?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  There's nothing that I see in the regulation that notes that a parent would -- parent consent or permission is required for staff members to use a student's chosen name and pronoun, though I do see written in the regulation encouragement in multiple places for parents to be involved in the

Axler, Michael S.                                    September 3, 2025

48

process.

BY ATTORNEY PRIOR:

Q.    Are students at FCPS required to refer to other students by other -- strike that.

Are students at FCPS required to refer to gender-expansive or transgender students by their chosen names and pronouns?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  Students are encouraged to be kind and supportive to their peers and as a component to that to refer to them by the names and pronouns that they select.  But we don't, to my knowledge, require students to use certain names or pronouns when referring to their peers.

BY ATTORNEY PRIOR:

Q.    Okay.  If you go to Section 9.

**A.    Okay.**

Q.    Do you see where it says, "Access to facilities"?

Axler, Michael S.                                        September 3, 2025

49

A.      Yes.

Q.      And it says, "Gender-expansive and transgender students shall be provided with the option of using a locker room or restroom consistent with the student's gender identity?

A.      I see that.

Q.      What does that mean?

**A.      To me it means what it says, that a student who is transgender or gender-expansive should be provided with the option of using a locker room or restroom consistent with their gender identity.**

Q.      So does that mean that a student that is biologically male but identifies as a female should be provided by the option of using a female locker room or restroom?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  That would be one example of what this provision would entail.

Axler, Michael S.                                    September 3, 2025

81

THE WITNESS:  I would have to look similarly at both Regulation 2601 and at policy, I believe 1401 or 1400 on FCPS's nondiscrimination policy.

BY ATTORNEY PRIOR:

Q.    If you go down, do you see where it shows this graphic, the gender unicorn?

A.    I see it.

Q.    Do you see where it says "Graphic by TSER"?

A.    Yes, I see it.

Q.    Do you know what TSER is?

A.    I don't.

Q.    Okay.  Have you seen this gender unicorn graphic before?

A.    Yes, I have.

Q.    What is the purpose of this gender unicorn graphic?

ATTORNEY REWARI:  Objection to the form.

THE WITNESS:  I believe the purpose is to disambiguate different

Axler, Michael S.                                      September 3, 2025

82

terms that people may not understand,

including gender identity, gender

expression, sex assigned at birth, sexual

orientation and other concepts.

BY ATTORNEY PRIOR:

Q.    Do you see how there's a symbol next to these terms, gender identity, gender expression, sex assigned at birth, physically attracted to, emotionally attracted to?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I do.

BY ATTORNEY PRIOR:

Q.    Do you see where those symbols are also attached to the purple unicorn next to it?

**A.    Yes, I do.**

Q.    What do you understand the reason why the rainbow is in a cloud bubble going directly to the uniform's head?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I don't want to

Axler, Michael S.                                    September 3, 2025

83

speculate except to say that gender
identity is something that is -- that
relates to a person's sense of
themselves, and the way a person thinks
about themselves relates to their mind
frame.

BY ATTORNEY PRIOR:

Q.     Okay.  Do you see where there's a
symbol for DNA --

**A.     Uh-huh.**

Q.     -- in the bottom of the unicorn?

**A.     Yes.**

Q.     What is your understanding of why
the DNA symbol is attached to the unicorn?

ATTORNEY REWARI:  Object to the
form.

THE WITNESS:  Just looking at this
DNA symbol seems to be connected to sex
assigned at birth, which seems to relate
to primary sex characteristics.

BY ATTORNEY PRIOR:

Q.     What are primary sex

Axler, Michael S.                                September 3, 2025

84

characteristics?

**A.    I'm not a biology teacher, but my understanding would be one's genitalia.  So for a male, it would be penis and testes, and for a female it would be a vagina.**

Q.    If you look down at Student Transitions.  Do you see in the second paragraph, it says, "In most cases transitioning is a very private matter.  Students may choose to have their parents participate in this process.  However, parental participation is not required."

**A.    I see that.**

Q.    What is your understanding of "not required"?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  As we discussed previously, students are able to assert their gender identity and are able to request that they be called by chosen name and pronouns and use facilities that correspond with their gender identity

Axler, Michael S.                                    September 3, 2025

85

with or without their parents providing permission.

BY ATTORNEY PRIOR:

Q.    Okay.  And then it says, "When appropriate, schools should work closely with the student and family in devising a plan regarding the confidentiality of the student's transgender status.  A member of the student's support team should be consulted to begin conversations to identify the student's needs.  A sample school planning tool is included in Appendix 4."

Do you see where it says that?

**A.    I do.**

Q.    "This planning tool provides a list of suggested topics for transitioning students to review with the student services team member and/or the student support team."

**A.    I see that.**

Q.    What is your understanding of the meaning of student support team?

ATTORNEY REWARI:  Object to the form.

Axler, Michael S.                                        September 3, 2025

86

THE WITNESS:  I believe we referred to this team earlier, and I believe that there's likely a definition in here.  I can off the top of my head tell you that the student support team comprises trusted school staff members, student administrator, and the parents whenever possible to determine how the student would like to be referred to at school, the facilities they would like to use at school and any other topics or issues they deem relevant.

BY ATTORNEY PRIOR:

Q.     If you can turn to page 9.

**A.     (Witness complies with request.)**

Q.     Where it says, "Names and pronouns." Do you see where it says, "Students who identify as gender-expansive or transgender should be called by their chosen name and pronouns regardless of the name and gender recorded in the student's permanent pupil record"?

**A.     Yes.**

Axler, Michael S.                                  September 3, 2025

87

Q.     Do you know whether there's any formal process that FCPS requires for a student to be referred to by a chosen name or pronoun that differs than that in the legal record?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I am not aware of any formal process for students to be verbally referred to by their chosen name and pronouns, except for their request of school staff members.

BY ATTORNEY PRIOR:

Q.     Okay.  If you could turn to page 22.

A.     **(Witness complies with request.)**

Q.     Under Procedures, do you see where it says, "Review the optional Student Support Team planning tool for relevant information/questions to consider.  Remember, completing this tool is optional and if completed is subject to FERPA"?

A.     **I do.**

Q.     What is your understanding of this sentence?

Axler, Michael S.                                        September 3, 2025

88

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  There is two sentences.  Can you clarify.

BY ATTORNEY PRIOR:

Q.    "Remember, completing this tool is optional and if completed is subject to FERPA."

**A.    There appear to be two components. The first one is completing this tool is optional, meaning it's not required.**

**The second part seems to be if completed is subject to FERPA meaning it is subject to -- I don't know that off the top of my head.  I can't tell you exactly what FERPA stands for, but it is subject to disclosure under FERPA.**

Q.    Okay.

**A.    As an educational record.**

Q.    I think it's Exhibit 4, sir, which we reviewed earlier.

**A.    I think we're only on Exhibit 3.**

Q.    I gave you Exhibit 4, which is this document.

Axler, Michael S.                                    September 3, 2025

89

A.    Okay.

Q.    And we discussed earlier that, your recognition of this; correct?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  Yeah.  We discussed that I recognize my name here and that I appear to have made comments here and that I don't recall the specific issues that I was commenting on.

BY ATTORNEY PRIOR:

Q.    Is it safe to say that these comments were on the guidance document you were just referring to?

A.    Yes.

Q.    Do you see where it says, "At the beginning of the school year, consider including questions that ask students to provide their chosen name and pronoun to be used in the classroom"?

A.    I see that.

Q.    Did you say -- strike that.

Did Stacy Kane say, "Are we still

Axler, Michael S.                                    September 3, 2025

90

recommending this"?

A.    I see that.

Q.    Who is Stacy Kane?

A.    **Stacy Kane is a school counseling resource teacher.**

Q.    And did you say, "This would seem to be an inclusive practice.  Is there a reason not to recommend this"?

A.    **That appears to be what I wrote.**

Q.    Why did you believe this to be an inclusive practice?

A.    **I don't know that I can speak to my mentality at the time, but I can speak to my interpretation of this statement at this time, which is that it would appear that asking students how they would like to be referred to in a classroom is a way of helping them feel included.**

Q.    Is it a way to encourage their peers to refer to them by their chosen name and pronoun?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I think that as

Axler, Michael S.                                        September 3, 2025

135

A.      I gave them at -- there was a space of worship in Fairfax County where members of FCPS Pride can meet.

Q.      Okay.

A.      For this particular gathering.

Q.      Okay.

A.      At a spring barbecue I believe it was.

Q.      Okay.  I would bring your attention down to the paragraph that starts with the word "Now."

A.      I see it.

Q.      And do you see where it says in the third bullet, "LGBTQ youth who found their school to be LGBT-affirming reported significantly low rates of attempting suicide"?

A.      That's the second bullet.  I see, sorry.  Yes.

Q.      Yes.  What are you basing that on?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I can answer from my

Axler, Michael S.                                          September 3, 2025

136

perspective now.  I don't necessarily know at that time, given the lack of citation, what research I was basing that on, but I can tell you now that there's evidence from the National Foundation for Suicide Prevention, from the American Academy of Pediatrics, from the Substance Abuse and Health Services Administration, the National Association of School Psychologists, the American School Counselor Association, all of which have substantiated this point.

BY ATTORNEY PRIOR:

Q.    In the third bullet it says, "LGBT youth who live in an accepting community reported significantly lower rates in attempting suicide than those who do not."

I ask you the same question as before, what are you basing that on?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I would offer the

Axler, Michael S.                                    September 3, 2025

137

same response.

BY ATTORNEY PRIOR:

Q.    Okay.  On the second page, do you see where it says, "The right to a school and classroom environment that affirms the identity of all students and is responsive, caring and inclusive"?

**A.    I see that.**

Q.    Are you aware of any reason why a student's transgender or gender-expansive status shouldn't be affirmed?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  Based on the way that the question is phrased, I don't know if I can think of a reason why not to affirm a transgender student's gender identity or status.

BY ATTORNEY PRIOR:

Q.    If a parent were to call the school and explained that they did not want their child to be expressing as transgender or gender-expansive at

Axler, Michael S.                    September 3, 2025

138

school, are you aware whether FCPS would respect
that?

ATTORNEY REWARI:  Object to the
form.  Lack of foundation.

THE WITNESS:  I want to note
that -- well, our regulations and our
policies cover all students.  We do
respond to each student and each family
based on the individual circumstances of
the student and their family.

Based on your hypothetical, if a
parent were to call a school and say that
they don't want the school to acknowledge
a student's transgender status, am I
correct, that that's what your question
was?

BY ATTORNEY PRIOR:

Q.    Yes.

A.    **Under those circumstances, you would
want the school to learn more about the parent's
request and the reason behind the request and what
we know about the student and the student's gender**

Axler, Michael S.                                    September 3, 2025

139

identity and the student's preferences.  We would advise the school to the extent permitted by our regulations, try and, you know, support the parents' desires based on respect for parents' viewpoints.

At the same time, our Regulation 2603 does clearly state that students can be or should be permitted to be referred to by their chosen name and pronouns and other provisions there.

And so based on that regulation, you wouldn't rescind the student's ability to be referred to by their chosen name or pronoun or access facilities that correspond to the gender identity based on parental reference.

However, we would encourage the parent and the school to have further conversation about that to figure out the best way to support the student and the family and to try and arrive at as much of a common understanding and approach as possible.

Q.    And why would that be desirable?

ATTORNEY REWARI:  Object to the form.

Axler, Michael S.                                    September 3, 2025

140

Q.    Why would you encourage students, parents, and the schools to work together to come to an approach that is desirable?

ATTORNEY REWARI:  Object to the form?

THE WITNESS:  We always want parents and caregivers to be involved in decision-making regarding students. Parents are critical partners in this process.  They are the students plus teachers there.  They are incredibly powerful and supportive influences for youth, and we want to make sure that anything that we're doing involves families as key partners in this process. Their work is going to be much more impactful and powerful if the work is done together.

ATTORNEY PRIOR:  I don't have much more, so bear with me.

(Exhibit 11 was marked for identification.)

Axler, Michael S.                                   September 3, 2025

141

Q.     I'm going to hand you what's been marked as Exhibit 11.  This is FCSB-05287.  It's multiple pages, so flip through it and let me know whenever you're ready.

**A.     (Witness complies with request.)**

**I'm ready.**

Q.     Could you tell me what this document is.

**A.     It is Student Rights and Responsibilities Community Forum on April 10, 2023.**

Q.     Do see where it says, "Presenters, Dr. Michael Axler"?

**A.     I do.**

Q.     What was the community forum at which this was presented?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  To my recollection, this was one of at least two, if not more, of virtual community forums where the community members had -- were updated by Dr. Boyd and myself on revisions --

Axler, Michael S.                            September 3, 2025

142

proposed revisions, I should say, to the SR&R, and where we solicited input from community members in attendance on those proposed restrictions.

BY ATTORNEY PRIOR:

Q.    And just so I'm clear, we're talking about -- what proposed revisions are we talking about for the 2023-2024 version of the SR&R?

**A.    That's right.  This was April 10, 2023, and so therefore we were in the process of looking to revise and finalize the SR&R for the 2023-'24 school year.**

Q.    Okay.

(Exhibit 12 was marked for identification.)

Q.    I'm handing you a document marked as Exhibit 12, which is FCSB-050288.  Just take a look at this and let me know when you're ready.

**A.    (Witness complies with request.) Okay.**

Q.    Could you tell me what this document is, please.

Axler, Michael S.                                    September 3, 2025

143

A.        This is an email chain regarding Regulation 2603, gender-expansive and transgender students.

Q.    Okay.  Are you aware if -- strike that.

Have you reviewed the redline version of Regulation 2603 that you reference in this email?

A.        At the time that I had responded to the email, I had reviewed the redline version.

Q.    Okay.

(Exhibit 13 was marked for identification.)

Q.    Handing you what's been marked as Exhibit 13, which is FCSB-033707.

A.    Okay.

Q.    Could you tell me what this document is.

A.    2603.3.  Gender-expansive and transgender students.

Q.    And is this the redline version of regulation 26.3 that was referred in your email which was Exhibit 12?

Axler, Michael S.                                       September 3, 2025

144

**A.      It appears to be.**

Q.      Did you have any role in preparing -- strike that.

Did you have any role in the edits that were made to this document?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I don't recall my specific involvement in this process.  I don't recall my exact involvement in the process.

BY ATTORNEY PRIOR:

Q.      Do you know what the current status is of Regulation 2603.3?

ATTORNEY REWARI:  Object to the form.

THE WITNESS:  I believe that the regulation currently posted on Board Docs available to the public is version 2603.2, which tells me that this version of 2603.3 was not ultimately posted.

(Exhibit 14 was marked for