**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| STEPHANIE LUNDQUIST-ARORA,<br><br>*Plaintiff*,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, *et al.*,<br><br>*Defendants*. | ) | Case No. 1:26-cv-01768-PTG-IDD |

**DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(1) & (6)**

Defendants Fairfax County School Board and Dr. Michelle C. Reid, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), move to dismiss the complaint against them on the grounds that (1) Plaintiff Stephanie Lundquist-Arora lacks standing; (2) the complaint does not present a ripe controversy; (3) the complaint fails to state any valid claims for relief; and (4) the claims against Dr. Reid in her "official capacity" are duplicative of the claims against the School Board. These grounds are set forth more fully in the accompanying brief.

Respectfully submitted,

By: /s/ *Sona Rewari*

Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

J. Pierce Lamberson (VSB No. 93616)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street

Richmond, VA 23219
Telephone: (804) 787-8039
Facsimile: (804) 788-8218
plamberson@hunton.com

*Counsel for Defendants*
*Fairfax County School Board*
*and Dr. Michelle C. Reid*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for Plaintiff.

/s/ *Sona Rewari*
Sona Rewari