# Exhibit 7

| **From:** | Foster, John <jefoster@fcps.edu> |
| **Sent:** | Friday, June 12, 2026 4:46 PM |
| **To:** | 'Rachael Griffin' |
| **Subject:** | Privileged and Confidential -- FCPS Regulation 2603 |
| **Attachments:** | Griffin letter 6-12-2026 final.pdf |

Dear Ms. Griffin,

Please see the attached letter.

John

John E. Foster
Division Counsel
Fairfax County Public Schools
8115 Gatehouse Road, Suite 5100
Fairfax, Virginia  22042



John E. Foster, Division Counsel
Office of Division Counsel
8115 Gatehouse Road
Falls Church, Virginia 22042
Phone: 571-423-1250  E-mail: jefoster@fcps.edu

June 12, 2026

Rachael Griffin, Attorney
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
rachael.griffin@aflegal.org

Re: FCPS Regulation 2603

Dear Ms. Griffin,

We have reviewed your correspondence dated May 26, 2026, regarding Fairfax County Public Schools' (FCPS) revisions to Regulation 2603 (Revised Regulation 2603), which will be effective July 1, 2026.

We respectfully disagree with your contention that Revised Regulation 2603 is unconstitutional. We have thoughtfully and thoroughly worked on the revisions over the past few months, to ensure that Revised Regulation 2603 complies with state and federal law, including the U.S. Constitution. As it is not possible to address every hypothetical scenario in a regulation, especially in a system of FCPS's size, we will be working to issue a new Guidance Document for our staff regarding the implementation of Revised Regulation 2603.  To the extent that the eleven hypotheticals in your May 26 correspondence are not already answered by the Revised Regulation, we will endeavor to address them in the Guidance Document.

Sincerely,

John E. Foster
Division Counsel