**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| STEPHANIE LUNDQUIST-ARORA; and CARRIE LUKAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD; and DR. MICHELLE C. REID, in her official capacity as Superintendent of Fairfax County Public Schools,<br><br>*Defendants*. | Case No. 1:26-cv-01768 |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs have filed an amended complaint. *See* Amend. Compl. (Doc. 26). That filing supersedes the original complaint and renders Defendants' pending motion to dismiss—directed at the now-superseded pleading—moot.

It is settled that "an amended complaint supersedes those that came before it." *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021). Accordingly, "a properly filed amended complaint supersedes the original one and becomes the operative complaint in the case," rendering the original "of no effect." *Fawzy v. Wauquiez Boats SNC*, 873 F.3d 451, 455 (4th Cir. 2017) (quoting *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001)). Once an amended pleading is filed, "the original pleading no longer performs any function in the case," and "any subsequent motion made by an opposing party should be directed at the amended pleading." 6 Wright & Miller, *Federal Practice & Procedure* §1476 (3d ed.).

That principle resolves Defendants' motion. Defendants moved to dismiss the original complaint. *See* Motion (Doc. 11). Plaintiffs then timely amended as of right under Rule

15(a)(1)(B), within 21 days of service of Defendants' Rule 12(b) motion. The pleading Defendants challenge is no longer operative and "no longer performs any function in this case." *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 35 (2025). Because the motion targets a pleading with no legal effect, it seeks relief the Court cannot grant.

This Court routinely denies such motions as moot after an amended complaint is filed. *See Carl v. Molina Healthcare, Inc.*, 2026 WL 2123295, at *3 n.5 (E.D. Va. July 22, 2026) (denying original motion to dismiss because, once the amended complaint was accepted, the first complaint was no longer operative); *see also Morton v. DeJoy,* 2025 WL 2782959, at *2 n.4 (E.D. Va. Sept. 30, 2025). Proceeding on the original motion would force the parties and the Court to brief and decide arguments aimed at a moving target. The efficient course, and the one contemplated by the Rules, is to deny the pending motion as moot and permit Defendants to direct any renewed motion at the operative amended complaint.

For these reasons, Plaintiffs respectfully request that the Court deny Defendants' motion to dismiss as moot.

Dated: August 7, 2026

Respectfully submitted,

Ian Prior*
Crystal Clanton*
Rachael Griffin**
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE, Suite 231
Washington, D.C. 20003
(703) 999-0273
ian.prior@aflegal.org
crystal.clanton@aflegal.org
rachael.griffin@aflegal.org

*<u>/s/ Rachael Tucker Wyrick</u>*
Rachael Tucker Wyrick
(VA Bar No. 99763)
Cody Ray Milner*
Marie E. Sayer**
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
rachael@consovoymccarthy.com
cody@consovoymccarthy.com
mari@consovoymccarthy.com

* Pro hac vice
** E.D. Va. bar applications forthcoming
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I served the foregoing document with the Clerk of Court using the Court's ECF system, thereby serving all counsel who have appeared in this case.

Dated: August 7, 2026

*/s/ Rachael Tucker Wyrick*
Rachael Tucker Wyrick
(VA Bar No. 99763)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
rachael@consovoymccarthy.com