**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| STEPHANIE LUNDQUIST-ARORA; and CARRIE LUKAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD; and DR. MICHELLE C. REID, in her official capacity as Superintendent of Fairfax County Public Schools,<br><br>*Defendants*. | Case No. 1:26-cv-01768 |

**PROPOSED ORDER**

Before the Court is Defendants' motion to dismiss the original complaint, and Plaintiffs' opposition to that motion.

Upon consideration of the motion and the opposition, the Court finds that the motion to dismiss has been mooted by the Plaintiffs' filing of an amended complaint, which supersedes and replaces the original complaint.

**IT IS THEREFORE ORDERED** that Defendants' motion to dismiss is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

SIGNED on _______________, 2026.

_____________________________
Patricia Tolliver Giles
UNITED STATES DISTRICT JUDGE