# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **08/20/2026** Judge: **Patricia Tolliver Giles**
Time: 10:36 a.m. – 11:02 a.m. Reporter: **S. Wallace**
(00:26)

Civil Action Number: **1:26-cv-01768-PTG-IDD**

**Stephanie Lundquist-Arora, et al.,**

**Plaintiffs,**

**V.**

**Fairfax County Public Schools, et al.,**

**Defendants.**

Appearances of Counsel for Plaintiffs and Counsel for Defendants.

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| **Rachael Wyrick**<br>**Marie Sayer** | **Jeffrey Lamberson**<br>**Sona Rewari**<br>**Mike Axler** |

MOTION TO/FOR:
[19] MOTION to Dismiss Under F.R.C.P. 12(b)(1) & (6) by Fairfax County Public Schools, Michelle C. Reid.

**MATTER ARGUED AND GRANTED**

[3] MOTION for a Preliminary Injunction by Stephanie Lundquist-Arora.

**DENIED AS MOOT**

**ORDER TO FOLLOW/ENTER.**