**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| STEPHANIE LUNDQUIST-ARORA, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1768 (PTG/IDD) |
| | ) | |
| FAIRFAX COUNTY PUBLIC SCHOOLS, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion for a Preliminary Injunction (Dkt. 3) and Defendant's Motion to Dismiss Under F.R.C.P. 12(b)(1) & (6) (Dkt. 19) (together, the "Motions"). On August 20, 2026, the Court held a hearing on the Motions. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Under F.R.C.P. 12(b)(1) & (6) (Dkt. 19) is **GRANTED**. The Complaint is **DISMISSED without prejudice**; and it is further

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction (Dkt. 3) is **DENIED as moot.**

Entered this 20th day of August, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge